**Electronically Filed
Supreme Court
SCPW-19-0000419
13-JUN-2019
03:06 PM**

SCPW-19-0000419

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JANE J. P. LIU, Petitioner,

vs.

ALVIN T. ONAKA, Ph.D., in his capacity as Registrar of Vital Statistics for the State of Hawaiʻi, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Jane J. P. Liu's petition for writ of mandamus, filed on June 4, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the information presented to this court, petitioner fails to demonstrate that she is entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); Barnett v.

Broderick, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (with respect to a public official, mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, June 13, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

